IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LATRIECE NECOLE EMBRY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Action No. 4:25-cv-1393-O-BP** |
| | § | |
| **SAFELITE FULFILLMENT, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER VACATING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

*Pro se* Plaintiff Latriece Necole Embry sued Safelite Fulfillment, LLC on December 10, 2025. ECF No. 1. The Court ordered Casey to either pay the filing fee or file an application to proceed *in forma pauperis* on or before December 30, 2025. *See* ECF No. 5. The Court warned Embry that noncompliance "could result in the dismissal of this case without further notice. *See* FED. R. CIV. P. 41(b)." *Id.* at 1. Despite a clear warning that noncompliance could result in dismissal of his case under Federal Rule of Civil Procedure 41(b), Embry did not comply with that order or file a pleading to explain her delay. After considering the pleadings and applicable legal authority, the undersigned recommended on January 2, 2026 that Chief United States District Judge Reed O'Connor dismiss this case without prejudice under Federal Rule of Civil Procedure 41(b). ECF No. 6.

On January 5, 2026, Embry filed a Motion for Extension of Time. ECF No. 6. The undersigned hereby **VACATES** the Findings, Conclusions, and Recommendation (ECF No. 6) entered on January 2, 2026 and **GRANTS** Embry's Motion for an Extension of Time. Embry **SHALL** comply with the Court's previous Order (ECF No. 5) and **SHALL** either pay the $405.00 filing fee or file a complete long-form application to proceed *in forma pauperis*, by January 29, 2026. Failure to comply with the Court's Order by January 29, 2026 will result in a

recommendation that the Court dismiss this case without further notice. *See* Fed. R. Civ. P. 41(b); *Hickerson v. Christian*, 283 F. App'x 251, 253 (5th Cir. 2008) (a district court may sua sponte dismiss an action for failure to prosecute under Rule 41(b)); *see also Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (a court may dismiss for lack of prosecution under its inherent authority).

It is so **ORDERED** on January 7, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE