**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LATRIECE NECOLE EMBRY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-1393-O-BP** |
| | § | |
| **SAFELITE FULFILLMENT, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Safelite's Motion to Dismiss is **GRANTED in part** and **DENIED in part**, and that all of Embry's claims **EXCEPT** her claim under the Americans with Disabilities Act of 1990 for retaliation **DISMISSED without prejudice.**

**SO ORDERED** on this **June 22, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**